MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
801 South Rancho Dr., Ste B4
Las Vegas, Nevada 89106
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422
Email:  sm@morrislawgroup.com
Email:  rsr@morrislawgroup.com

Attorneys for Defendant
First Advantage Background Services Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LARRY A. DAVIS, JR.,<br><br>Plaintiff,<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., a foreign corporation; SKYHOP GLOBAL LLC, a foreign limited-liability company,<br><br>Defendants. | Case No. 2:23-cv-00835-JAD-VCF<br><br>STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS<br><br>FIRST REQUEST |

Service on Defendant First Advantage Background Services Corp. ("First Advantage") was effectuated on June 1, 2023 through service on its registered commercial agent, and First Advantage has been in the process of retaining local counsel;

The parties have agreed to a 30-day extension to the deadline to file responsive pleadings,

1

IT IS HEREBY STIPULATED between counsel that responsive pleadings will be due on or before July 24, 2023.

| | |
|---|---|
| LAW OFFICE OF KEVIN L. HERNANDEZ | MORRIS LAW GROUP |
| By: /s/ KEVIN L. HERNANDEZ<br>    Kevin L. Hernandez,<br>    Bar No. 12594<br>    8920 W. Tropicana Ave., Ste. 101<br>    Las Vegas, NV 89147 | By: /s/ STEVE MORRIS<br>    Steve Morris, Bar No. 1543<br>    Rosa Solis-Rainey, Bar No. 7921<br>    801 South Rancho Dr., Ste. B4<br>    Las Vegas, Nevada 89106 |
| *Attorneys for Plaintiff*<br>*Larry A. Davis, Jr.* | *Attorneys for Defendant*<br>*First Advantage Background Services Corp.* |

## ORDER

Based on the stipulation of counsel and good cause appearing, IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE /~~DISTRICT COURT~~ JUDGE

6-14-2023

2