Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY A. DAVIS, Jr., an individual, | Case No. 2:23-cv-00835-JAD-VCF |
| Plaintiff, | |
| v. | |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a foreign corporation; SKYHOP GLOBAL LLC, a foreign limited-liability company, | **JOINT MOTION TO STAY DEADLINES AS TO FIRST ADVANTAGE BACKGROUND SERVICES CORP. TO FINALIZE SETTLEMENT** |
| Defendants. | |

Plaintiff Larry A. Davis, Jr. ("Plaintiff"), and Defendant First Advantage Background Services Corp. ("First Advantage") have reached an agreement in principle to resolve this action. Plaintiff and First Advantage anticipate the settlement agreement will be finalized within the next thirty (30) days. Therefore, Plaintiff and First Advantage request that the Court stay all pending deadlines and filing requirements as to First Advantage while the parties finalize and execute the settlement documents memorializing the resolution of claims between them.

///

///

///

///

///

///

///

Page 1 of 2

Plaintiff and First Advantage further request that the Court set a deadline of thirty (30) days from today for either dismissing First Advantage with prejudice or filing a joint report on the status of the settlement.

| | |
|---|---|
| Dated: August 21, 2023 | Dated: August 21, 2023 |
| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **MORRIS LAW GROUP** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>kevin@kevinhernandezlaw.com<br>***Attorney for Plaintiff*** | */s/ Steve Morris*<br>Steve Morris, Esq.<br>Nevada Bar No. 1543<br>Rosa Solis-Rainey, Esq.<br>Nevada Bar No. 7921<br>801 S. Rancho Drive, Suite B4<br>Las Vegas, Nevada 89106<br>sm@morrislawgroup.com<br>rsr@morrislawgroup.com<br>***Attorneys for First Advantage***<br>***Background Services Corp.*** |

IT IS HEREBY ORDERED that the parties must dismiss First Advantage Background Services Corp. or file a joint status report on or before September 21, 2023.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  8-22-2023