Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY A. DAVIS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., a foreign corporation; SKYHOP GLOBAL LLC, a foreign limited-liability company,<br><br>Defendants. | Case No.: 2:23-cv-00835-JAD-VCF<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Under FRCP 26(f) and LR 26-1, counsel held a telephonic conference on **August 21, 2023**. Based on the conference, the parties propose to the Court the following discovery plan:

    a. FRCP 26(a)(1) Disclosures: **September 20, 2023**

    b. Amend Pleadings and Add Parties: **October 24, 2023**

    c. FRCP 26(a)(2) Disclosures (Experts):

        i. Expert Disclosure: **November 24, 2023**

        ii. Rebuttal Expert Disclosure: **December 27, 2023**

    d. Close of Discovery: **January 22, 2024**

    e. Dispositive Motions: **February 21, 2024**

    f. Pretrial Order: **March 22, 2024**

    g. The disclosures required by FRCP 26(a)(3) shall be made in the joint pretrial order. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on dispositive motions or further court order.

h. <u>Subjects of Discovery</u>: Discovery will be needed on the following subjects: All claims set forth in the complaint as well as the defenses relevant to the action. No discovery phases are needed or requested by the parties at this time.

i. <u>Disclosures under Rule 26(a)</u>: Aside from electronic submission, the parties have no changes to the timing, form, or requirement for disclosures under Rule 26(a).

j. <u>Protective Order(s)</u>: Defendant anticipates the production of confidential, trade secret, and/or commercially sensitive information during the pendency of this action. As such, defendant may request a protective order to be entered by the court to govern the use and disclosure of information that is deemed confidential, trade secret, and/or commercially sensitive;

k. <u>Settlement</u>: The parties have engaged in settlement discussions.

l. <u>Later Appearing Parties</u>: A copy of this discovery plan and scheduling order shall be served by Plaintiff on any person served after it is entered, or, if an additional defendant should appear, within five (5) days of their first appearance. This discovery plan and scheduling order shall apply to such later-appearing parties, unless the court, on motion and for good cause shown orders otherwise.

m. <u>Extension or Modification of the Discovery Plan and Scheduling Order</u>: LR 26 governs modifications or extensions to this discovery plan and scheduling order.

n. <u>Alternative Dispute Resolution</u>: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation;

o. <u>Alternative Forms of Case Disposition</u>: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

p. <u>Electronic Evidence</u>: The parties do not anticipate discovery issues at this time and do not foresee any issues arising from the disclosure of electronically stored information. The parties agree to serve discovery requests, discovery responses, and disclosures via electronic mail or U.S. Mail. The Parties further intend to present

evidence in electronic format to jurors for the purposes of jury deliberations. Email service will be deemed to constitute effective electronic service as to Plaintiff if all of the following email addresses are copied: (1) kevin@kevinhernandezlaw.com. Email service will be deemed to constitute effective electronic service as to Defendant Skyhop Global, LLC if all of the following email addresses are copied: (1) manita.rawat@morganlewis.com; (2) kathryn.mcguigan@morganlewis.com; (3) aleksandr.markelov@morganlewis.com; and (4) marcella.wagner@morganlewis.com.

Dated: September 7, 2023

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: September 7, 2023

**FENNEMORE CRAIG, P.C.**

*/s/ Leslie Bryan Hart*
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
Enrique Schaerer, Esq.
Nevada Bar No. 11706
9275 W. Russell Road
Las Vegas, Nevada 89148
lhart@fennemorelaw.com
eschaerer@fennemorelaw.com

**MORGAN, LEWIS & BOCKIUS LLP**
*/s/ Manita Rawat*
Manita Rawat, Esq.
Nevada Bar No. 9656
Aleksandr Markelov, Esq.
(will comply with LR IA 11-2 within 7 days)
manita.rawat@morganlewis.com
aleksandr.markelov@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
Kathryn T. McGuigan
(will comply with LR IA 11-2 within 7 days)
kathryn.mcguigan@morganlewis.com
***Attorneys for Defendant Skyhop Global, LLC***

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-8-2023