Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY A. DAVIS, Jr., an individual;<br><br>　　　　　　　　Plaintiff;<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., a foreign corporation; SKYHOP GLOBAL LLC, a foreign limited-liability company;<br><br>　　　　　　　　Defendants. | Case No.: 2:23-cv-00835-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING FIRST ADVANTAGE BACKGROUND SERVICES, CORP. WITH PREJUDICE**<br><br>ECF No. 18 |

　　　Plaintiff Larry A. Davis, Jr. and Defendant First Advantage Background Services Corp. ("First Advantage") have resolved all claims, disputes, and differences between Plaintiff and First Advantage.

　　　Therefore, Plaintiff and First Advantage, by and through their respective attorneys of record and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully submit this stipulated

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

request to dismiss this action, with prejudice, as to First Advantage, with Plaintiff and First Advantage to bear their own attorneys' fees and costs.

Dated: September 12, 2023

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: September 12, 2023

**MORRIS LAW GROUP**

*/s/ Rosa Solis-Rainey*
Steve Morris, Esq.
Nevada Bar No. 1543
Rosa Solis-Rainey, Esq.
Nevada Bar No. 7921
801 S. Rancho Drive, Suite B4
Las Vegas, Nevada 89106
sm@morrislawgroup.com
rsr@morrislawgroup.com
***Attorneys for First Advantage
Background Services Corp***

**ORDER**

Based on the parties' stipulated request [ECF No. 18], and good cause appearing, IT IS HEREBY ORDERED that the claims against Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP. are DISMISSED with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

September 13, 2023