Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY A. DAVIS, Jr., an individual;<br><br>                Plaintiff;<br><br>   v.<br><br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., a foreign corporation; SKYHOP GLOBAL LLC, a foreign limited-liability company;<br><br>                Defendants. | Case No.: 2:23-cv-00835-JAD-EJY<br><br><br><br><br>**STIPULATION AND ORDER TO DISMISS SKYHOP GLOBAL LLC WITH PREJUDICE**<br><br><br>ECF No. 28 |

Plaintiff Larry A. Davis, Jr. and Defendant SkyHop Global LLC ("SkyHop") have resolved all claims, disputes, and differences between Plaintiff and SkyHop.

Therefore, Plaintiff and SkyHop, by and through their respective attorneys of record and under Federal Rule of Civil Procedure 41, respectfully submit this stipulation to dismiss SkyHop

///

///

///

///

///

///

and the action in its entirety with prejudice, with the parties to bear their own attorneys' fees and costs.

Dated: March 4, 2024

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: March 4, 2024

**FENNEMORE CRAIG, P.C.**

*/s/ Aleksandr Markelov*
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
Enrique Schaerer, Esq.
Nevada Bar No. 11706
9275 W. Russell Road
Las Vegas, Nevada 89148
lhart@fennemorelaw.com
eschaerer@fennemorelaw.com
***Attorneys for SkyHop Global LLC***

**MORGAN, LEWIS & BOCKIUS LLP**

Aleksandr Markelov, Esq.
(Pro Hac Vice)
1400 Page Mill Road
Palo Alto, CA 94304
aleksandr.markelov@morganlewis.com

Kathryn T. McGuigan, Esq.
(Pro Hac Vice)
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
kathryn.mcguigan@morganlewis.com

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

Based on the parties' stipulation [ECF No. 28], and good cause appearing, IT IS HEREBY ORDERED that the claims against Defendant SKYHOP GLOBAL LLC are DISMISSED with PREJUDICE, with each party to bear its own attorneys' fees and costs.  And because this leaves no claims remaining, the Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 5, 2024